UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
October 22, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERIC, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MANUEL GARCIA NAVARRO, ) <br> ) <br> Defendant. ) | Case No. 2:13-CR-00296-KJM-7 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>MANUEL GARCIA NAVARRO</u>, Case No. <u>2:13-CR-00296-KJM-7</u>, Charge <u>Title 21 USC §§ 846; 841(a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    ✔   Bail Posted in the Sum of $ <u>50,000 (co-signed)</u>

        ✔   Unsecured Appearance Bond

        __   Appearance Bond with 10% Deposit

        __   Appearance Bond with Surety

    ✔   (Other)   <u>with pretrial supervision and conditions of release as stated on the record in open court. USM shall release dft on 8/23/13 at 8:00 am to thecustody of pretrial services.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>October 22, 2013</u> at <u>2:05</u> pm.

By _____
Dale A. Drozd
United States Magistrate Judge